# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bridget K Devlin <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 19-11213 AMC |
| Bridget K Devlin <br> _Debtor(s)_ | |
| Robert H. Holber Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA YARIS IA, VIN:3MYDLBYV5HY150497  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  16th   day of  Sept.    , 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Bridget K Devlin
2605 Brookhaven Drive
Yardley, PA 19067

Paul H Young, Young, Marr & Associates
3554 Hulmeville Road Suite 102
Bensalem,, PA 19020

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532