United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bridget K Devlin                                                              Case No. 19-11213-amc
        Debtor                                                               Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Sep 16, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db              +Bridget K Devlin,    2605 Brookhaven Drive,    Yardley, PA 19067-6391

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
            bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Bridget K Devlin support@ymalaw.com,   ykaecf@gmail.com,
            paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bridget K Devlin | CHAPTER 7 |
| <u>Debtor(s)</u> | |
| Toyota Motor Credit Corporation | |
| <u>Movant</u> | |
| vs. | NO. 19-11213 AMC |
| Bridget K Devlin | |
| <u>Debtor(s)</u> | |
| Robert H. Holber Esq. | 11 U.S.C. Section 362 |
| <u>Trustee</u> | |

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and

after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2017 TOYOTA YARIS IA,

VIN:3MYDLBYV5HY150497  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this  16th    day of  Sept.      , 2019.

_____
                                    United States Bankruptcy Judge.

cc: See attached service list

Bridget K Devlin
2605 Brookhaven Drive
Yardley, PA 19067

Paul H Young, Young, Marr & Associates
3554 Hulmeville Road Suite 102
Bensalem,, PA 19020

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532